# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK



---

JUICY COUTURE, INC.

    *Plaintiff,*

v.

VICTORIA'S SECRET STORES BRAND
MANAGEMENT, INC.,  VICTORIA'S
SECRET STORES, L.L.C., VICTORIA'S
SECRET DIRECT BRAND
MANAGEMENT, L.L.C.,

    *Defendants.*

---

Civ. No.

## RULE 7.1 STATEMENT



Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and

Magistrate Judges to evaluate possible disqualification or recusal, the undersigned

counsel for Juicy Couture, Inc. (a private non-governmental party) certifies that Liz

Claiborne, Inc., is its corporate, publicly held parent holding 10% or more of its stock.

Date:   April 28, 2008

Respectfully submitted,

JENNER& BLOCK LLP

By:

Susan J. Kohlmann (SK1855)
Elizabeth Valentina (EV4345)
Joseph J. McFadden (JM9554)
919 Third Avenue
New York, New York 10022
(212) 891-1600
(212) 891-1699

*Counsel for Plaintiff, Juicy Couture, Inc.*