⚖AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Juicy Couture, Inc.

V.

Victoria's Secret Stores Brand Management, Inc.,
Victoria's Secret Stores, L.L.C.,
**Victoria's Secret Direct Brand Management, L.L.C.**

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: **08 CIV 3985**

TO: (Name and address of Defendant)

Victoria's Secret Stores, L.L.C.
Four Limited Parkway, Reynoldsburg, OH 43068.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Susan J. Kohlmann
Jenner & Block LLP
919 Third Ave, 37th Floor
New York, NY 10022
Tel: 212-891-1600
Fax: 212-891-1699

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

APR 28 2008

CLERK

(By) DEPUTY CLERK

DATE

※AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 4/29/08 @ 12:05pm |
| NAME OF SERVER (PRINT) Chris Osborn | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 4 Limited Pkwy, Reynoldsburg, OH
Dion Strange, Legal Dept.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4/29/08
_____    _____
        Date                                Signature of Server

112 Barns Ash Rd, Columbus, OH
_____
        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.