℅AO 440 (Rev. 8/01) Summons in a Civil Action

JUDGE BATTS

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

Juicy Couture, Inc.

V.

Victoria's Secret Stores Brand Management, Inc.,
Victoria's Secret Stores, L.L.C.,

**Victoria's Secret Direct Brand Management, L.L.C.**

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 

08 CV 3985

TO: (Name and address of Defendant)

Victoria's Secret Direct Brand Management, L.L.C.
Four Limited Parkway, Reynoldsburg, OH 43068.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Susan J. Kohlmann
Jenner & Block LLP
919 Third Ave, 37th Floor
New York, NY 10022
Tel: 212-891-1600
Fax: 212-891-1699

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE   APR 28 2008

°AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 4/29/08 @ 12:05 pm |
| NAME OF SERVER (PRINT) Chris Balownic | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 4 Lan tel Pkwy, Reynoldsburg, OH
Oron Strange, Legal Dept.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/29/08
           Date        Signature of Server

Address of Server: 112 Buena Vista Ave
Columbus, OH 43228

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.