UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
Juicy Couture, Inc.

                           Plaintiff,

                                                                   08 CIVIL 3985    ( DAB )

        -against-

Victoria's Secret Stores Brand Management,
Inc., et al.
                          Defendant.
-------------------------------------------------------------x

# NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Joseph John McFadden__

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
        __JM 1012__

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ *Law Firm/Government Agency Association*

    From: __Sullivan & Cromwell LLP__

    To: __Jenner & Block LLP__

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☒ *Address:* __919 Third Avenue, 37th fl., New York, NY 10022__

☐ *Telephone Number:* __212-891-1600__

☐ *Fax Number:* __212-891-1699__

☒ *E-Mail Address:* __jmcfadden@jenner.com__

Dated: __May 1, 2008__    /s/ Joe McFadden