UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

JUICY COUTURE, INC.,

          Plaintiff,

v.

VICTORIA'S SECRET STORES BRAND
MANAGEMENT, INC., VICTORIA'S SECRET
STORES, L.L.C., VICTORIA'S SECRET
DIRECT BRAND MANAGEMENT, L.L.C.,

          Defendants.

------------------------------------------------------------x

**Civil Action No.
08 CV 03985 (DAB) (THK)**

**ECF**

## DEFENDANTS' DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants certifies that VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC., VICTORIA'S SECRET STORES, L.L.C., and VICTORIA'S SECRET DIRECT BRAND MANAGEMENT, L.L.C. (collectively, "defendants" or "Victoria's Secret") are all wholly-owned subsidiaries of LIMITED BRANDS, INC., a publicly traded company, and have no other corporate parents, affiliates, and/or subsidiaries which are publicly held.

Dated:     May 19, 2008
           New York, New York

COLUCCI & UMANS

By *[signature]*
Frank J. Colucci (FC 8441)
218 East 50th Street
New York, NY 10022
212-935-5700
212-935-5728 Fax
email@colucci-umans.com
*Attorneys for Defendants*